COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:  In re TSG Industries, LLC, Relator

Appellate case number: 01-16-00597-CV

Trial court case number: 2016-17829

Trial court:     269th District Court of Harris County

On December 6, 2016, this Court's Order granted the relator's motion for temporary relief, and ordered that the trial court's July 1, 2016 order compelling arbitration is stayed, pending this Court's disposition of the petition. *See* TEX. R. APP. P. 52.10(b). On January 16, 2017, relator filed a request for oral argument on relator's mandamus petition, seeking to have oral argument to assist this Court in considering the recent Texas Supreme Court opinion in *G.T. Leach Builders v. Sapphire*, 458 S.W.3d 502 (Tex. 2015), as it applied *In re Kellogg Brown & Root*, 166 S.W.3d 732 (Tex. 2005).

After a review of the petition, in which relator did not request oral argument, and the response filed by RPI Skystone, neither party cited to *G.T. Leach Builders*, which was issued before the petition. *See* TEX. R. APP. P. 38.1(e), 39.7 (stating that "[a] party desiring oral argument must note that request on the front cover of the party's brief," [b]ut even if a party has waived oral argument, the court may direct the party to appear and argue."). Although the response cited to *Kellogg*, relator did not file a reply.

Accordingly, the Court construes this request as a motion, but **DENIES** the relator's motion for oral argument **without prejudice** to relator making such request for argument on the front cover of its reply. *See id.* 2, 39.7, 52.5. The reply by relator, if any, which may address any matter in RPI Skystone's response, including its references to *Kellogg*, must be filed with this Court **within 10 days** of the date of this Order. *See id.* 2, 38.6(c), 52.5.

It is so ORDERED.

Judge's signature: _/s/ Laura Carter Higley
       ☒Acting individually
Date: January 24, 2017